# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA ABINGDON DIVISION

ASHLEY BROOKE KOHLER,
**Administrator of the Estate of**
**JONATHEN BLAKE KOHLER,**
deceased
    Plaintiff,
v.                    Civil Action No: 1:21-cv-00022-JPJ-PMS
                                          JURY DEMANDED

**JOHNATHAN RICHARD BROWN,**
individually, and in his official capacity
as a police officer of the City of
Bristol, Virginia
    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, **ASHLEY BROOKE KOHLER**, Administrator of the Estate of **JONATHEN BLAKE KOHLER**, deceased, (appointed administrator pursuant to section 8.01-50 of the Code of Virginia), by counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, voluntarily dismisses this action, without prejudice.

                                          **ASHLEY BROOKE KOHLER,**
                                          **Administrator of the Estate of**
                                          **JONATHEN BLAKE KOHLER, deceased**
                                          **(appointed administrator pursuant to section**
                                          **8.01-50 of the Code of Virginia)**

                                          S/Timothy W. Hudson
                                          Attorney for Plaintiff
                                          131 Eighth Street
                                          Bristol, Tennessee 37620
                                          (423) 968-3106
                                          (423) 968-2108 (fax)
                                          VSB No: 22929
                                          tim@timhudsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this 14th of June, 2021, I have served a true and exact copy of the foregoing upon Filing Users through the Electronic Filing Service. There is no participating party or counsel not a Filing User.

S/Timothy W. Hudson, Esq.

**Timothy W. Hudson**
